**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GINA COLE,

                              Plaintiff,                            19 **CIVIL** 4013 (LGS) (SDA)

-v-                                                        **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,

                              Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 21, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            January 21, 2020

                                                                          RUBY J. KRAJICK
                                                                         Clerk of Court
                                                         BY:
                                                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/21/2020